Lisa A. McClane
Nevada Bar No. 10139
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461
lisa.mcclane@jacksonlewis.com
andrew.moore@jacksonlewis.com

*Attorneys for Defendant Apttus Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARCO DE LA CUESTA,<br><br>Plaintiff,<br><br>v.<br><br>APTTUS CORPORATION,<br><br>Defendant. | Case No. 3:17-cv-00520-MMD-VPC<br><br>ORDER<br><br>**JOINT MOTION TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE VIA TELEPHONE** |

Pursuant to this Court's September 26, 2017 Order Setting Case Management Conference, the parties, by and through their respective counsel of record hereby jointly request permission to participate in the October 26, 2017 case management conference via telephone. Plaintiff's counsel will be out of town appearing on a motion for summary judgment in Contra Costa County Superior Court, in Martinez, CA, on October 26, 2017, and unless the court deems Defendant's counsel's physical presence necessary, Defendant's counsel would prefer not to incur additional time and expense for travel.

1  ~~In the alternative, counsel respectfully request that the case management conference be~~
2  ~~rescheduled to occur immediately after the hearing on Defendant's Motion to Dismiss which Judge~~
3  ~~Du has set for 9:00 AM, on October 30, 2017.~~

Dated: October 23, 2017.                                      Dated: October 23, 2017.

/s/Lisa A. McClane                                               /s/ Michael J. Morrison
Lisa A. McClane, Bar No. 10139                        Michael J. Morrison, Bar No. 1665
3800 Howard Hughes Parkway, Ste. 600       1495 Ridgeview Dr., Suite 220
Las Vegas, NV 89169                                         Reno, Nevada 89519
*Attorneys for Defendant Apttus Corporation*   *Attorneys for Plaintiff Marco De La Cuesta*

**ORDER**

IT IS SO ORDERED this 24th day of October ~~X~~, 2017.

_____
United States Magistrate Judge