David Montgomery
Ohio Bar No. 40276
Phillip Thompson
Nevada Bar No. 12114
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461
david.montgomery@jacksonlewis.com
phillip.thompson@jacksonlewis.com

*Attorneys for Defendant*
*Apttus Corporation*

*Admitted Pro Hac Vice



# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| MARCO DE LA CUESTA, | Case No. 3:17-cv-00520-MMD-CBC |
|---|---|
| Plaintiff, | ORDER |
| v. | **JOINT STATUS REPORT AND REQUEST TO VACATE JANUARY 10, 2019 CASE MANAGEMENT CONFERENCE** |
| APTTUS CORPORATION, a Delaware Corporation; DOES I-X, inclusive, | |
| Defendants. | |

Plaintiff Elizabeth Baker and Defendant Apttus Corporation, by and through their respective undersigned counsel, pursuant to the Court's Minute Order dated September 24, 2018 (ECF No. 66), respectfully provide a status report and request to vacate the currently-scheduled January 10, 2019 case management conference.

The Minute Order states that further case management conferences are set for December 12, 2018, and January 10, 2019, and the parties are to "file joint or separate case management reports by no later than four court days prior to each conference. If counsel determine that a conference is not necessary, counsel have leave to request that the conference be vacated." ECF No. 66. The parties previously requested that the December 12, 2018 conference be vacated because the parties scheduled private mediations.

The parties are currently continuing efforts to resolve this matter and have determined that

the January 10, 2019, case management conference is not necessary at this time. Accordingly, the parties respectfully request that the January 10, 2019 conference be vacated.

DATED this 4th day of January, 2019.

/s/ Michael J. Morrison
Michael J. Morrison, Esq.
Nevada State Bar No. 1665
1495 Ridgeview Drive, Suite 220
Reno, NV 89519
Tel. 775-827-6300
venturelawusa@gmail.com

*Attorney for Plaintiff Marco De La Cuesta*

DATED this 4th day of January, 2019.

JACKSON LEWIS P.C.

/s/ Phillip C. Thompson
David Montgomery, Esq.
Phillip Thompson, Esq.
JACKSON LEWIS P.C.
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

*Attorneys for Defendant Apttus Corporation*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE
DATED: 1/7/2019