1
Michael J. Morrison, Esq.
Nevada State Bar No. 1665
2
1495 Ridgeview Drive, Suite 220
Reno, NV 89519
3
Tel. 775-827-6300
venturelawusa@gmail.com
4
*Attorney for Plaintiff*
5
*Marco De La Cuesta*



6

7                    UNITED STATES DISTRICT COURT

8                         DISTRICT OF NEVADA

9                              * * * * *

10

MARCO DE LA CUESTA, an individual,          Case No.  3:17-cv-00520-MMD-VPC

11              Plaintiff,

12          -vs-                              [PROPOSED] ORDER GRANTING
                                             PLAINTIFF'S EX PARTE MOTION
13                                           TO SHORTEN TIME AND IN
APTTUS CORPORATION, a Delaware               SUPPORT OF PLAINTIFF'S
Corporation; DOES I-X, inclusive,            MOTION TO EXTEND
14                                           DISCOVERY AND DISPOSITIVE
15              Defendants.                   MOTION DEADLINES
                                    /

16

17                                           **Third Request**

18

19                       **ORDER SHORTENING TIME**

20       This matter comes before the Court on Plaintiffs' April 10, 2019 Motion for Order Shortening

21   Time in Support of Plaintiff's Motion to Extend Discovery and Dispositive Motion Deadlines

22   (Fourth Request).

23       For good cause shown, the time in which to respond to Plaintiffs' April 10, 2019 Motion

24   Extend Discovery and Dispositive Motion Deadlines is shortened to:

25       Defendant's shall have until Noon on Friday, April 12, 2019 to respond to Plaintiff's Motion.

26

27       ///

28       ///

                                            2

1
2      Plaintiff's shall have until Noon on Monday April 15, 2019 to file a reply to Defendant's
3  response to Plaintiff's Motion.
4
5                                              IT IS SO ORDERED:
6
7                                              UNITED STATES MAGISTRATE JUDGE
8                                              DATED: 4/10/2019
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28