Michael J. Morrison, Esq.
Nevada State Bar No. 1665
1495 Ridgeview Drive, Suite 220
Reno, NV 89519
775-827-6300
venturelawusa@gmail.com

Todd A. Bader, Esq.
Nevada State Bar No. 3854
Bader & Ryan, Ltd.
232 Court Street
Reno, Nevada 89501
(775) 322-5000
badt001@aol.com

*Attorneys for Plaintiff*
*Marco De la Cuesta*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARCO DE LA CUESTA,<br><br>    Plaintiff,<br>vs.<br><br>APTTUS CORPORATION, a Delaware Corporation,<br><br>    Defendant. | Case No. 3:17-cv-00520-MMD-CBC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

    Plaintiff, MARCO DE LA CUESTA, and Defendant, APTTUS CORPORATION, by and through their undersigned counsel, hereby stipulate that the time for Plaintiff to file and serve his Opposition to Defendant's Motion for Summary Judgment filed on October 15, 2019 [ECF No. 112], shall be extended to and including Tuesday, November 19, 2019. The reasons for the extension are that the Plaintiff is required to travel extensively for his current employment, which makes it more difficult and time consuming to gather information necessary to prepare the opposition to the motion for summary judgment, and to communicate with his counsel regarding the opposition. Accordingly, additional time is required to prepare the opposition.

This is the first request for an extension of this deadline, and is not anticipated to cause any delay or prejudice to any party.

**AFFIRMATION**

Pursuant to NRS 239B.030, the undersigned do hereby affirm that the preceding document does not contain the social security number of any person.

**DATED** this 29th day of October, 2019.  **DATED** this 29th day of October, 2019.

**BADER & RYAN, LTD.**  **JACKSON LEWIS P.C.**

By: /s/Todd A. Bader
 Todd A. Bader, Esq.
 Nevada State Bar No. 3854
 232 Court Street
 Reno, Nevada 89501
 badt001@aol.com
 (775) 322-5000
 *Attorneys for Plaintiff*

By: /s/Phillip C. Thompson
 David Montgomery, Ohio Bar No. 40276
 Phillip C. Thompson, Esq.
 Nevada State Bar No. 12114
 300 S. Fourth Street, Suite 900
 Las Vegas, Nevada 89101
 phillip.thompson@jacksonlewis.com
 (702) 921-2460
 *Attorneys for Defendant*

In Association with
Michael J. Morrison, Esq.
Nevada State Bar No. 1665
1495 Ridgeview Drive, Suite 220
Reno, NV 89519
venturelawusa@gmail.com
*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: October 29, 2019