Michael J. Morrison, Esq.
Nevada State Bar No. 1665
1495 Ridgeview Drive, Suite 220
Reno, NV 89519
Tel. 775-827-6300
venturelawusa@gmail.com

*Attorney for Plaintiff*
*Marco de la Cuesta*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| MARCO DE LA CUESTA, an individual, | |
| Plaintiff, | Case No**.** 3:17-cv-00520-MMD-WGC |
| -vs- | |
| APTTUS CORPORATION, a Delaware Corporation; DOES I-X, inclusive, | **STIPULATION TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER [FIRST REQUEST]** |
| Defendants. | |

Plaintiff, Marco de la Cuesta ("Plaintiff") and Defendant, Apttus Corporation ("Defendant"), by and through their undersigned counsel, hereby stipulate and respectfully request that the time for the parties to file the Joint Pretrial Order in this matter be extended by forty (40) days up to and including February 22, 2021.  In support of this request, the parties state as follows:

1. The current deadline to file the Joint Pretrial Order is January 13, 2021.

2. The parties have worked, and continue to work, diligently and cooperatively in order to prepare the Joint Pretrial Order.

3. Due to unexpected illnesses of counsel for the Plaintiff, the parties need additional time to confer and prepare the Joint Pretrial Order.

4. In connection with the settlement conference which was scheduled in this matter for December 15, 2020, the Court advised the parties that it would

1

extend the time for filing the Joint Pretrial Order upon the request of the parties.

5. Based upon the foregoing, the parties respectfully request an extension of time to and including February 22, 2021, within which to file the Joint Pretrial Order.

6. This is the first request for an extension of this deadline, and is not anticipated to cause any delay or prejudice to any party.

7. This request for extension is made in good faith, and is not for the purpose of delay.

DATED this 12th day of January, 2021.

**JACKSON LEWIS P.C.**

  /s/ *Michael J. Morrison*                          By: */s/ Phillip Thompson*                          .
Michael J. Morrison, Esq.                                  David Montgomery, Esq.
*Attorney for Plaintiff*                                        Phillip Thompson, Esq.
*Marco De La Cuesta*                                       *Attorneys for Defendant*
                                                                        *Apttus Corporation*

## <u>ORDER</u>

IT IS SO ORDERED this _12th_ day of January, 2021

_____
UNITED STATES DISTRICT JUDGE