Michael J. Morrison, Esq.
Nevada State Bar No. 1665
1495 Ridgeview Drive, Suite 220
Reno, NV 89519
Tel. 775-827-6300
venturelawusa@gmail.com

*Attorney for Plaintiff*
*Marco de la Cuesta*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \* \* \*

MARCO DE LA CUESTA, an individual,

    Plaintiff,

  -vs-

APTTUS CORPORATION, a Delaware Corporation; DOES I-X, inclusive,

    Defendants.

Case No**.** 3:17-cv-00520-MMD-WGC

**STIPULATION TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER [SECOND REQUEST]**

_____

    Plaintiff, Marco de la Cuesta ("Plaintiff") and Defendant, Apttus Corporation ("Defendant"), by and through their undersigned counsel, hereby stipulate and respectfully request that the time for the parties to file the Joint Pretrial Order in this matter be extended by an additional forty-five (45) days up to and including April 8, 2021. In support of this request, the parties state as follows:

1. The current deadline to file the Joint Pretrial Order is February 22, 2021.
2. The parties have worked, and continue to work, diligently and cooperatively in order to prepare the Joint Pretrial Order.
3. Due to unexpected illnesses of counsel for the Plaintiff, and longer than expected recovery times, the parties need additional time to confer and prepare the Joint Pretrial Order.

4. Based upon the foregoing, the parties respectfully request an extension of time to and including April 8, 2021, within which to file the Joint Pretrial Order.
5. This is the second request for an extension of this deadline, and is not anticipated to cause any delay or prejudice to any party.
6. This request for extension is made in good faith, and is not for the purpose of delay.

DATED this 19th day of February, 2021.

**JACKSON LEWIS P.C.**

/s/ *Michael J. Morrison*  
Michael J. Morrison, Esq.  
*Attorney for Plaintiff*  
*Marco De La Cuesta*

By: /s/ *Phillip Thompson*  
David Montgomery, Esq.  
Phillip Thompson, Esq.  
*Attorneys for Defendant*  
*Apttus Corporation*

**ORDER**

IT IS SO ORDERED this  18th day of February, 2021

_____
UNITED STATES DISTRICT JUDGE