David Montgomery*
Ohio Bar No. 40276
Phillip Thompson
Nevada Bar No. 12114
JACKSON LEWIS P.C.
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
david.montgomery@jacksonlewis.com
phillip.thompson@jacksonlewis.com
*Attorneys for Defendant
Apttus Corporation*
*Admitted Pro Hac Vice

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * * * *

| | |
|---|---|
| MARCO DE LA CUESTA,<br><br>    Plaintiff,<br><br>  vs.<br><br>APTTUS CORPORATION, a Delaware Corporation<br><br>    Defendant. | Case No.  3:17-CV-0520-MMD-WGC<br><br>**STIPULATION TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER [THIRD REQUEST]** |

      Plaintiff Marco De La Cuesta and Defendant Apttus Corporation, by and through their respective undersigned counsel, hereby stipulate and respectfully request that the time for the parties to file the Joint Pretrial Order in this matter be extended by an additional forty-five (45) days up to and including May 24, 2021.  In support of this request, the parties state as follows:

    1.    The current deadline to file the Joint Pretrial Order is April 8, 2021.

    2.    The parties have worked, and continue to work, diligently and cooperatively in order to prepare the Joint Pretrial Order.

    3.    Due to unexpected illnesses of counsel for the Plaintiff, and longer than expected recovery times, the parties need additional time to confer and prepare the Joint

Pretrial Order.

4. Counsel has now improved and the parties have communicated and exchanged information, including an initial draft of the pre-trial order.

5. However, the parties require additional time to reach stipulation on as many facts and exhibits as possible in order to streamline the trial process and conserve judicial resources and resources of the parties.

6. Based upon the foregoing, the parties respectfully request an extension of time to and including May 24, 2021, within which to file the Joint Pretrial Order.

7. This is the third request for an extension of this deadline, and is not anticipated to cause any delay or prejudice to any party.

8. This request for extension is made in good faith, and is not for the purpose of delay.

DATED this 8th day of April, 2021.

**JACKSON LEWIS P.C.**

By: /s/ Michael J. Morrison
    Michael J. Morrison, Esq.
    Law Offices of Michael Morrison

And

Todd A. Bader, Esq.
Bader & Ryan, Ltd.

*Attorneys for Plaintiff*
*Marco De La Cuesta*

By: /s/ Phillip C. Thompson
    David Montgomery, Esq.
    Phillip Thompson, Esq.
    *Attorneys for Defendant*
    *Apttus Corporation*

**ORDER**

IT IS SO ORDERED this __9th__ day of April, 2021

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

4839-2036-4516, v. 1