David Montgomery*
Ohio Bar No. 40276
Phillip Thompson
Nevada Bar No. 12114
JACKSON LEWIS P.C.
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
david.montgomery@jacksonlewis.com
phillip.thompson@jacksonlewis.com
*Attorneys for Defendant*
*Apttus Corporation*
*\*Admitted Pro Hac Vice*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \* \* \*

| | |
|---|---|
| MARCO DE LA CUESTA, <br><br> Plaintiff, <br><br> vs. <br><br> APTTUS CORPORATION, a Delaware Corporation <br><br> Defendant. <br> _____ | Case No.  3:17-CV-0520-MMD-WGC <br><br><br> **STIPULATION TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER [FOURTH REQUEST]** |

Plaintiff Marco De La Cuesta and Defendant Apttus Corporation, by and through their respective undersigned counsel, hereby stipulate and respectfully request that the time for the parties to file the Joint Pretrial Order in this matter be extended by an additional ten (10) days up to and including June 3, 2021.  In support of this request, the parties state as follows:

1.    The current deadline to file the Joint Pretrial Order is May 24, 2021.

2.    The parties have worked, and continue to work, diligently and cooperatively in order to prepare the Joint Pretrial Order.

3.    The parties have conferred and exchanged multiple versions of the joint pre-trial order, as well as proposed exhibits, and are on the verge of finalizing the document.

4.      However, counsel for the Plaintiff underwent additional unplanned medical treatment during the entire week of May 16, which is continuing through the present time, thus the parties are unable to finalize the joint pre-trial deadline by the current May 24 deadline. Accordingly, Plaintiff's Counsel requested that Defense Counsel prepare a stipulation to extend the deadline for 10 additional days to provide sufficient time for recovery.

5.      Based upon the foregoing, the parties respectfully request an extension of time to and including June 3, 2021, within which to file the Joint Pretrial Order.

6.      This is the fourth request for an extension of this deadline, and is not anticipated to cause any delay or prejudice to any party.

7.      This request for extension is made in good faith, and is not for the purpose of delay.

DATED this 24th day of May, 2021.

**JACKSON LEWIS P.C.**

By: ___*/s/ Michael J. Morison*___          By:___*/s/ Phillip C. Thompson*___
        Michael J. Morrison, Esq.                      David Montgomery, Esq.
        Law Offices of Michael Morrison           Phillip Thompson, Esq.
                                                                    *Attorneys for Defendant*
        And                                                    *Apttus Corporation*

        Todd A. Bader
        Bader & Ryan, Ltd.

        *Attorneys for Plaintiff*
        *Marco De La Cuesta*

**ORDER**

IT IS SO ORDERED this 25th day of May, 2021

_____
UNITED STATES DISTRICT JUDGE