**TODD A. BADER, ESQ. (NSB #3854)**
badt001@aol.com
**Bader & Ryan, Ltd.**
232 Court Street
Reno, Nevada 89501
Telephone:   (775) 322-5000
Facsimile:   (775) 322-5484

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARCO DE LA CUESTA,<br><br>    Plaintiff,<br><br>vs.<br><br>APTTUS CORPORATION, a Delaware Corporation; DOES I-X, inclusive<br><br>    Defendants. | CASE NO.:  3:17-cv-00520-MMD-CSD<br><br>**STIPULATION TO DISMISS**<br>**COMPLAINT WITH PREJUDICE** |

   Plaintiff Marco De La Cuesta, by and through his counsel of record, and Defendant Apttus Corporation, by and through its counsel of record, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii) hereby stipulate to the Dismissal with Prejudice of this action, including all claims herein against all parties, with each party to bear its own attorney's fees and costs.

   DATED this __22nd__ day of April, 2022.

                              BADER & RYAN, LTD.


                              /s/ Todd A. Bader
                              TODD A. BADER (NSB #3854)
                              232 Court Street
                              Reno, Nevada 89501
                              Attorney for Plaintiff

DATED this __22nd__ day of April, 2022.

                                                              JACKSON LEWIS PC

                                              */s/ Phillip C. Thompson*  
                                              DAVID MONTGOMERY*  
                                              KAREN R. GLICKSTEIN*  
                                              PHILLIP C. THOMPSON (NSB #12114)  
                                              300 S. 4th Street, Suite 900  
                                              Las Vegas, Nevada 89101  
                                              *Attorneys for Defendant Apttus Corporation*  
                                              *Admitted pro hac vice

IT IS SO ORDERED.

Dated: April 25, 2022

                                                          U.S. District Judge